SALLY KRUGER, Respondent, v. MAURICE J. KRUGER, Appellant.—

Nolan, P. J., Carswell, Adel, MacCrate and Schmidt, JJ., concur.

VIOLA MASTROBERTE, as Administratrix of the Estate of DOMINICK MASTROBERTE, Deceased, Respondent, v. CITY OF NEW YORK, Appellant.—

No opinion. Present — Nolan, P. J., Carswell, Adel, MacCrate and Schmidt, JJ. [See *post,* p. 920.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS KAHN, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SOLOMEN BRICKMAN, Appellant.—

No opinion. Present — Johnston, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ.

ANNA SHULMAN, Respondent, v. SAM SHULMAN, Appellant.—

No opinion. Nolan, P. J., Carswell, Adel, MacCrate and Schmidt, JJ., concur.